**No. 10-10481. Jermol Chin, Petitioner v. United States.**

564 U.S. 1030, 131 S. Ct. 3040, 180 L. Ed. 2d 866, 2011 U.S. LEXIS 4786.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 412 Fed. Appx. 628.

**No. 10-10515. John F. Reap, Petitioner v. United States.**

564 U.S. 1030, 131 S. Ct. 3040, 180 L. Ed. 2d 866, 2011 U.S. LEXIS 4714.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 391 Fed. Appx. 99.

**No. 10-10608. Donald Edward Beaty, Petitioner v. Arizona.**

564 U.S. 1015, 131 S. Ct. 3050, 180 L. Ed. 2d 866, 2011 U.S. LEXIS 4775.

June 20, 2011. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, dismissed as moot.